■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS GONZALEZ, Appellant.—Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered on September 14, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Ross, Milonas and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUDOVINO GONZALEZ, Appellant.—Judgment, Supreme Court, New York County (Leslie Snyder, J.), rendered on February 27, 1987, unanimously affirmed.